UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00275-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **EMILIO JOSE TORRES,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion for Reduction. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Reduction (#21) is **SEALED**, and such matter is placed on for a resentencing hearing July 10, 2013, at 11:00 a.m.

The Clerk of Court shall send a copy of this Order to the United States Marshal.

Max O. Cogburn Jr.
United States District Judge