UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00275-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **EMILIO JOSE TORRES,** | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on defendant's Motion Requesting Court Not to Bring Defendant to Rule 35 Hearing. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion Requesting Court Not to Bring Defendant to Rule 35 Hearing (#25) is GRANTED, the July 10, 2013, hearing is cancelled and the Order requiring transportation of defendant to the hearing is CANCELED.

The Clerk of Court shall send a copy of this Order to the United States Marshal.

Signed: June 25, 2013

Max O. Cogburn Jr.
United States District Judge